USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2023

# CSM LEGAL, P.C.
Employment and Litigation Attorneys

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

jbarton@csm-legal.com

November 14, 2023

**VIA ECF**
Hon. Jennifer H. Rearden, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1340
New York, New York 10007

  Re: <u>Ocampo et al. V Giorgio's of Gramercy Inc. et al.</u>; 23-cv-04255 JHR

Your Honor:

  We represent Plaintiff in this matter. We write to advise the Court that the parties have agreed to resolve this case through a Rule 68 Offer of Judgment (the "Offer") pursuant to *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 414 (2d Cir. 2019). The parties anticipate they will be in a position to submit the Offer and acceptance to the Court within thirty days. As such, the parties respectfully request that the deadline to submit settlement papers to the Court, currently scheduled for November 16, 2023, be converted to a deadline to submit the Offer, and be extended by thirty days to December 20, 2023. This is first request of its kind and is submitted with the consent of Defendants.

           Respectfully Submitted,

           /s/Jesse Barton
           Jesse Barton

Application GRANTED. By Wednesday, December 20, 2023, the parties shall submit their Offer of Judgment and acceptance pursuant to Rule 68 of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate ECF No. 24. SO ORDERED.

*[signature]*
Jennifer H. Rearden, U.S.D.J.
Dated: November 15, 2023

*Certified as a minority-owned business in the State of New York*