```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DOMINGO OCAMPO, *individually and on behalf of others similarly situated,*

        *Plaintiff,*

-against-

GIORGIO'S OF GRAMERCY INC. (D/B/A GIORGIO'S OF GRAMERCY), NICK GRAMTIKOUPLOS A.K.A NICK GRAMS, and JOSE VEGA,

        *Defendants.*

-----------------------------------------------------------------X

Civil Action No. 23-cv-04255 JHR

[Proposed Form Of]
**JUDGMENT**

## JUDGMENT

On December 15, 2023, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, DOMINGO OCAMPO, has judgment against GIORGIO'S OF GRAMERCY INC. (D/B/A GIORGIO'S OF GRAMERCY), NICK GRAMTIKOUPLOS A.K.A NICK GRAMS, and JOSE VEGA, jointly and severally, in the amount of Fifteen Thousand Dollars and No Cents ($15,000.00), which is inclusive of attorneys' fees and costs.

All dates and deadlines are canceled. The Clerk of Court is directed to close the case. SO ORDERED.

Dated: December 27, 2023

*/s/ Jennifer H. Rearden*
JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE